## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RANDOLPH JOESPH** | * | **CIVIL ACTION NO. 1:22-cv-03198** |
| | * | |
| *Plaintiff* | * | |
| | * | |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| | * | |
| **SCOTT FRANKLIN in his official** | * | |
| **Capacity as La Salle Parish Sheriff;** | * | |
| **LASALLE CORRECTIONS, LLC;** | * | |
| **LA SALLE CORRECTIONAL** | * | |
| **CENTER, LLC;** | * | |
| **JEFF WINDHAM, Warden of La Salle** | * | |
| **Correctional Center; and** | * | |
| **LaSalle Correctional Center Deputies,** | * | |
| **MAGEE, TARVER, PEPPERS,** | * | |
| **BERGERSON, MASTERS, MOREAU,** | * | |
| **DOUGLAS** | * | |
| *Defendants* | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## <u>ORDER GRANTING EXTENSION OF TIME TO EFFECT SERVICE</u>

Before the Court is the Motion for Extension of Time to Effect Service filed by Plaintiff. Having reviewed the motion, the reasons therefor, and finding that it has merit, is timely, and is in the judicial efficiency of this court,

IT IS ORDERED, ADJUDGED, AND DECREED that the Motion for Extension of Time to Effect Service filed by Plaintiff is **GRANTED.** Plaintiff shall effect service on or before Tuesday, March 7, 2023, for the purpose of conducting same.

SIGNED on Tuesday, February 21, 2023.

_____

MAGISTRATE JUDGE PEREZ-MONTES
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA