**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

**RANDOLPH JOSEPH**                                    **CASE NUMBER 1:22-cv-03198**

      **Plaintiff,**

                                        **JUDGE TERRY A. DOUGHTY**

**VERSUS**

**SCOTT FRANKLIN in his official**
**Capacity as LaSalle Parish Sheriff;**
**LASALLE CORRECTIONS, LLC;**
**LASALLE CORRECTIONAL CENTER, LLC;**
**JEFF WINDHAM, Warden of LaSalle**
**Correctional Center; and**
**LaSalle Correctional Center Deputies,**
**MAGEE, TARVER, PEPPERS,**
**BERGERSON, MASTERS, MOREAU,**
**DOUGLAS**

      **Defendants.**
************************************************************************

**ORDER**

Before the Court is the Motion for Extension of Time to File Responsive Pleadings filed by Defendants Deputy Parker Magee, Deputy Brandon Tarver, Deputy Griffin Peppers, Deputy Steven Bergeron, Deputy Evonda Masters, Deputy David Moreau, and Deputy Charles Douglas, and Warden Jeff Windham.  Having considered the motion, the reasons therefor, and finding that it has merit,

IT IS ORDERED, ADJUDGED, AND DECREED that the Motion for Extension of Time to File Responsive Pleadings filed by Defendants is **GRANTED**. Defendants, Deputy Parker Magee, Deputy Brandon Tarver, Deputy Griffin Peppers, Deputy Steven Bergeron, Deputy Evonda Masters, Deputy David Moreau, and Deputy Charles Douglas, and Warden Jeff Windham shall have 21 days from the date the Court rules on the Defendants Motion for Reconsideration to file responsive pleadings, if necessary.

Signed on ___March 1, 2023_____

_____
JUDGE