UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**RANDOLPH JOSEPH**

 **Plaintiff,**

**VERSUS**

**SCOTT FRANKLIN in his official
Capacity as LaSalle Parish Sheriff;
LASALLE CORRECTIONS, LLC;
LASALLE CORRECTIONAL CENTER,
LLC; JEFF WINDHAM, Warden of LaSalle
Correctional Center; and
LaSalle Correctional Center Deputies,
MAGEE, TARVER, PEPPERS,
BERGERSON, MASTERS, MOREAU,
DOUGLAS**

 **Defendants.**

**CASE NUMBER 1:22-cv-03198**

**JURY TRIAL DEMANDED**

**JUDGE TERRY A. DOUGHTY**

**MAG. JUDGE: JOSEPH PEREZ-MONTES**

---

**ORDER**

---

Considering the foregoing *Motion to Withdraw Counsel of Record* filed by Defendants, LaSalle Corrections, LLC, LaSalle Correctional Center, LLC, and Sheriff Scott Franklin;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that M. Brent Hicks is withdrawn as counsel of record for LaSalle Corrections, LLC, LaSalle Correctional Center, LLC, and Sheriff Scott Franklin ("Defendants"). Deirdre C. McGlinchey, Esq. and Brad M. Barback, Esq. with the law firm of McGlinchey Stafford, PLLC will remain as counsel of record for Defendants.

Done and signed at Alexandria, Louisiana, _March 3_ ___ , 2023.

_____
**THE HONORABLE JOSEPH PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE**