

**Brad M. Barback**
Attorney at Law

T 225.382.3648  F 225.612.6732
bbarback@mcglinchey.com

McGlinchey Stafford PLLC
301 Main Street, 14th Floor
Baton Rouge, LA 70801

October 17, 2023

Hon. Terry A. Doughty
United States District Court
Western District of Louisiana - Monroe

RE:     **Notice of Settlement**
        *Randolph Joseph v. Scott Franklin, et al.*
        Case No. 1:22-03198, USDC, Western District of LA
        MS File No.: 108180.0017

Dear Judge Doughty:

The purpose of this letter is to advise the court that the parties have reached an agreement to settle the referenced matter.

Please let us know if you have any questions.

Sincerely,

McGlinchey Stafford PLLC

BMB/acm

mcglinchey.com

Albany  **Baton Rouge**  Birmingham  Boston  Cleveland  Dallas  Fort Lauderdale  Houston
Irvine  Jackson  Jacksonville  Nashville  New Orleans  New York City  Providence  Seattle  Washington, DC