## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

RANDOLPH JOSEPH                              CIVIL ACTION NO. 22-cv-3198

VERSUS                                       JUDGE TERRY A. DOUGHTY

SCOTT FRANKLIN ET AL                         MAGISTRATE JUDGE PEREZ-MONTES

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the above action has been settled [Doc. No. 43],

**IT IS ORDERED** that this action is hereby **DISMISSED,** without prejudice to the right, upon good cause shown within sixty (60) days of the signing of this Order, to reopen the action if settlement is not consummated.  The Clerk is now requested to close this case.

**IT IS FURTHER ORDERED** that within sixty (60) days of the signing of this Order, the parties shall file a Rule 41(a)(1)(A)(ii) stipulation of dismissal signed by all parties who have appeared in this action.  Any motion that may be pending in this case is hereby **DENIED AS MOOT**.

THUS, DONE AND SIGNED at Monroe, Louisiana, this 18th day of October 2023.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**