**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

RANDOLPH JOSEPH                    CASE NUMBER 1:22-cv-03198

VERSUS                            JUDGE TERRY A. DOUGHTY

SCOTT FRANKLIN, ET AL          MAGISTRATE JUDGE PEREZ-MONTES

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**ORDER**

Considering the Stipulation of Dismissal with Prejudice filed by Plaintiff, Randolph Joseph, and all Defendants;

IT IS HEREBY ORDERED that this action filed by Plaintiff, Randolph Joseph, including all claims against Defendants, LaSalle Corrections, LLC, LaSalle Correctional Center, LLC, LaSalle Management Company, LLC, Warden John Stuckey, Brandon Tarver, Parker Magee, Charles Douglas, Griffin Peppers, Steven Bergeron, Evonda Masters, Jeff Windham, Sheriff Scott Franklin, and David Moreau, which were or may have been asserted herein, are hereby DISMISSED WITH FULL PREJUDICE, with each party to bear their own attorney's fees and costs.

THUS DONE AND SIGNED in Chambers on this _____ day of _____, 2023.


_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE