**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**RANDOLPH JOSEPH**                          **CASE NO.  1:22-CV-03198**

**VERSUS**                                   **JUDGE TERRY A. DOUGHTY**

**SCOTT FRANKLIN ET AL**                     **MAGISTRATE JUDGE PEREZ-MONTES**

**JUDGMENT OF DISMISSAL**

Considering the foregoing Stipulation/Motion of Dismissal [Doc. No. 45],

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion is **GRANTED**, and

Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**, with each party to

bear their own costs and fees.

MONROE, LOUISIANA, this 14th day of December 2023.

_____
Terry A. Doughty
United States District Judge